UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

Plaintiff,

vs.

**TERRANCE JAMES DOYLE**

Defendant.

Case No.:   2:14-mj-0660-PAL

**COMPLAINT** for violation of:

36 C.F.R. §3.10(a)(1) – Operating a Vessel Under the Influence of Alcohol;
36 C.F.R. §3.11(a)(1)– Refusal to Submit to a Chemical Test

BEFORE, the United States Magistrate Judge, Las Vegas, Nevada, the undersigned complainant, being first duly sworn, states:

### COUNT ONE
(Operating a Vessel Under the Influence of Alcohol)

That on or about September 4, 2014, in the State and Federal District of Nevada, within the boundaries of the Lake Mead National Recreation Area, **TERRANCE JAMES DOYLE**, defendant herein, operated a 2013 Personal Water Craft (PWC) bearing Nevada registration NV 5938KZ under the influence of alcohol to a degree that rendered the defendant incapable of safe operation, to wit: **TERRANCE JAMES DOYLE** operated said PWC up to the Cottonwood Cove Marina Fuel Dock; **TERRANCE JAMES DOYLE** had difficulty getting off of said PWC and onto the dock; once on the dock **TERRANCE JAMES DOYLE** appeared to have difficulty walking as he could not seem to walk in a straight line; **TERRANCE JAMES DOYLE** had a strong odor of an alcoholic beverage on his breath and his eyes were bloodshot and watery; his speech was slurred, and his balance was swaying; **TERRANCE JAMES DOYLE** admitted that he drank four seven (7)-ounce Corona beers in a four hour period before

1

being contacted by the ranger; during the contact the ranger observed that **TERRANCE JAMES DOYLE** appeared to have trouble removing his personal floatation device and hat; **TERRANCE JAMES DOYLE** performed poorly on Field Sobriety Tests; all in violation of Title 36, Code of Federal Regulations, Section 3.10(a)(1).

## COUNT TWO
(Refusal to Submit to a Chemical Test)

That on or about September 4, 2014, in the State and Federal District of Nevada, within the boundaries of the Lake Mead National Recreation Area, **TERRANCE JAMES DOYLE**, defendant herein, refused to submit to a test of his breath as directed by a Park Ranger, to wit: **TERRANCE JAMES DOYLE** refused to provide a breath sample to an "Intoxilyzer 8000" breath test; all in violation of Title 36, Code of Federal Regulations, Section 3.11(a)(1).

1. Complainant is a Park Ranger with the National Park Service, Lake Mead National Recreation Area, Clark County, Nevada, and has been employed as a law enforcement officer for approximately seventeen (17) years.

2. The following information is the result of either complainant's own personal investigation, or has been provided by other law enforcement officers:

(a) On September 4, 2014, National Park Ranger Warren Schlesinger was on patrol within the boundaries of the Lake Mead National Recreation Area, Clark County, Nevada.

(b) While so engaged, Ranger Schlesinger was at the Cottonwood Cove Marina fuel dock when he observed a Cottonwood Cove rental Personal Water Craft (PWC) arrive at the fuel dock. Ranger Schlesinger was about to go out on a patrol vessel to look for this PWC as it had been reported overdue by Greg Carter the Marina Manager. Greg Carter

also advised Ranger Schlesinger that one of his employees thought that the operator of the PWC may have been intoxicated when he came in to get fuel earlier in the day.

   (c) Ranger Schlesinger observed that the operator of the PWC appeared to have difficulty getting off the PWC and onto the dock. Once on the dock Ranger Schlesinger observed that this individual appeared to have difficulty walking as he could not seem to walk in a straight line. Ranger Schlesinger made contact with the PWC operator and identified him as **TERRANCE JAMES DOYLE** from a valid Nevada driver's license.

   (d) During this face to face contact with **TERRANCE JAMES DOYLE**, Ranger Schlesinger detected a strong odor of an alcoholic beverage on his breath and his eyes were bloodshot and watery. His speech was slurred, and his balance was swaying. **TERRANCE JAMES DOYLE** stated that he had run out of gas on the PWC and that was why he was late. Ranger Schlesinger asked him how he got back to the marina if he ran out of gas. **TERRANCE JAMES DOYLE** then stated he almost ran out of gas. **TERRANCE JAMES DOYLE** stated that he had drank four seven (7)-ounce Corona beers in a four hour period before being contacted by Ranger Schlesinger. During the contact Ranger Schlesinger observed that **TERRANCE JAMES DOYLE** appeared to have trouble removing his personal floatation device and hat. Ranger Schlesinger assisted **TERRANCE JAMES DOYLE** with this process.

   (e) The following are the results of Field Sobriety Tests which were administered to **TERRANCE JAMES DOYLE**:

   1. Horizontal Gaze Nystagmus test - **TERRANCE JAMES DOYLE**'s eyes lacked smooth pursuit, had distinct and sustained nystagmus at maximum deviation and onset of nystagmus prior to 45 degrees.

   2. Walk and Turn test - **TERRANCE JAMES DOYLE** could not keep balance, and started too soon during the Instruction Stage. During the Walking Stage he

3

1  stepped off line, missed touching heel to toe, used his arms for balance, and did not turn as
2  instructed.

3      3.    One Leg Stand test - **TERRANCE JAMES DOYLE** swayed while
4  balancing, used his arms for balance, and put his foot down multiple times. **TERRANCE**
5  **JAMES DOYLE** was unable to complete this test as instructed.

6      4.    Preliminary breath test/ Alco-Sensor - **TERRANCE JAMES DOYLE's**
7  results of this test was a .221 percent by weight of alcohol.

8      (g)    Based on Ranger Schlesinger's training and experience,
9  **TERRANCE JAMES DOYLE's** poor performance on the Field Sobriety Tests, and physical
10 and objective symptoms of intoxication, Ranger Schlesinger formed the opinion that
11 **TERRANCE JAMES DOYLE** had been operating a vessel while under the influence of
12 alcohol, and placed **TERRANCE JAMES DOYLE** under arrest.

13     (g)    **TERRANCE JAMES DOYLE** was transported to the Cottonwood
14 Cove Ranger Station where Ranger Schlesinger attempted to administer an "Intoxilyzer 8000"
15 breath test to **TERRANCE JAMES DOYLE**. **TERRANCE JAMES DOYLE** refused to
16 submit to this test. He stated to Ranger Schlesinger that he would not submit to any chemical
17 test.

CHRIS RAYNOLDS, Park Ranger
National Park Service

SUBSCRIBED and SWORN to before me
this _10th_ day of October 2014.

UNITED STATES MAGISTRATE JUDGE